UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE JACKSON, JR, <br><br> Plaintiffs, <br> v. <br><br> JAMES MILLER, <br> BRIAN PATTON, <br> HAROLD MILLS, <br> FRANCINE BARKER, <br> CAPTAIN NASH, <br> JAME S GIBBS, <br><br> Defendants. | Civil Action No. 14-1635 |

## ORDER

This 8th day of December, 2016, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED** as to the federal defendants. I lack jurisdiction over the claim against Mr. Miller, leaving Plaintiff to refile this action against him in state court by complying with the provisions of 42 Pa. Con. Stat. Ann. §5103.

/s/ Gerald Austin McHugh
United States District Judge